UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARION EGLER,
       Plaintiff,

v.

**JUDGMENT**
No. 5:17-CV-73-FL

AMERICAN AIRLINES, INC.,
       Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss counts I and III of plaintiff's complaint and defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered February 22, 2018 and February 21, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss counts I and III of plaintiff's complaint is granted and plaintiff's claims under the ADA (count I) and North Carolina law (count III) are dismissed without prejudice, and defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on February 21, 2019, and Copies To:**
Richard M. Durham  (via CM/ECF Notice of Electronic Filing)
Benton Louis Toups  (via CM/ECF Notice of Electronic Filing)
Daniel E. Farrington (via CM/ECF Notice of Electronic Filing)
Lauren G. Goetzl (via CM/ECF Notice of Electronic Filing)


February 21, 2019            PETER A. MOORE, JR., CLERK

                                       /s/ Susan W. Tripp
                                       (By) Susan W. Tripp, Deputy Clerk